JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

STACEY LADREW WELLS,

       Petitioner,

v.

J.W. HAVILAND, WARDEN,

       Respondent.

Case No.  CV 10-1917-DMG (MLG)

JUDGMENT

IT IS ADJUDGED that the motion is denied and this action is dismissed without prejudice.

Dated: May 4, 2010

Dolly M. Gee
United States District Judge

